## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| JOE MYERESS, | : | |
| 9574 Knights Bridge Circle | : | |
| Sarasota, FL 34238 | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 1:17-CV-01831 |
| | : | |
| TICKET SOFTWARE, LLC, | : | COMPLAINT AND JURY |
| 45 Hartford Turnpike | : | DEMAND |
| P.O. Box K | : | |
| Vernon, CT 06066 | : | |
| | : | |
|     Defendant. | : | |
| | : | |
| _____ | : | |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, JOE MYERESS ("Plaintiff" or "Myeress"), brings this complaint in the United

States District Court for the District of Columbia against TICKET SOFTWARE, LLC ("Ticket

Software" or "Defendant"), alleging as follows:

## PARTIES

1.  Myeress is an experienced commercial and fine art photographer of thirty (30) years.

    Myeress has also worked as a product photographer for clients such as Tiger Direct,

    CompUSA, and Circuit City. Myeress previously served in The United States Navy as a

    photographer for five (5) years. Myeress was one of ten chosen military photographers to

    photograph President George H. Bush's Inauguration, and his images of this event have

become part of the National Archives. Myeress also photographed the Summit at the White

House between President George Bush and President Mikhail Gorbachev of the Soviet

Union. Myeress has worked in different areas of photography including architecture,

weddings, models, landscapes, concerts, sports, and tabletop. Myeress has won many

awards, both local and national, and his photographs have been published in magazines and

newspapers across the country. Myeress sells high-quality prints of his images at the website,

www.fineartamerica.com/profiles/joe-myeress.html. Myeress retains all copyrights to his

photographs. Myeress licenses his copyrighted works, such as the one in this case, for

commercial use. Myers also owns and operates the website, www.newphotoeveryday.com.

Myeress resides in Sarasota, Florida.

2.   On information and belief, Ticket Software hosts an online marketplace for event tickets to

concerts, sport, and theater events in the United States and internationally. The company,

through its network of Websites, connects buyers and sellers, including firms, box office

promoters, licensed ticket sellers, and individuals with ticket inventory listings to various

events worldwide. It offers TicketNetwork Point-of-Sale application that automatically

connects to TicketNetwork Online Exchange, a live database that displays ticket inventory

listings to various events and enables real-time ticket transactions in the secondary ticket

industry; and TicketNetwork TicketBoard Pro, a Web-based application that allows ticket

brokers to manage their ticket inventory, and upload their listings to the TicketNetwork

Online Exchange.[1] Ticket Software operates under numerous alternate business names,

including TicketNetwork Direct, TicketNews (www.ticketnews.com), Ticketnetwork Point-

---

[1] www.bloomberg.com/research/stocks/private/snapshot.asp?privcapId=30919905

of-sale, TicketLiquidator (www.ticketliquidator.com), Got the Tix, BargainSeatOnline.com, TicketAbility.com, Tickets.Expert, Tickets Inventory (www.ticketsinventory.com) (Customer Service number 866-204-1873), Tickets Review (www.ticketsreview.com) (Customer Service number 866-204-1873), and My Ticket Tracker (www.mytickettracker.com).[2] Ticket Software operates numerous websites dedicated to selling or brokering tickets to various events at specific venues, including but not limited to the following:

- www.ticketsamericanairlinesarena.com (Customer Service number 866-204-1873)

- www.ticketsmadisonsquaregarden.com (Customer Service number 866-204-1873)

- www.ticketsverizoncenter.com (Customer Service number 866-204-1873)

- www.ticketsamericanairlinescenter.com (Customer Service number 866-204-1873)

- www.ticketsbarclayscenter.com (Customer Service number 866-204-1873)

- www.ticketsfedexforum.com (Customer Service number 866-204-1873)

- www.ticketsmodacenter.com (Customer Service number 866-204-1873)

- www.ticketsphilipsarena.com (Customer Service number 866-204-1873)

## JURISDICTION AND VENUE

3. This is a civil action seeking damages for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

4. This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

---

[2] www.bbb.org/connecticut/business-reviews/ticket-sales-events/ticket-software-llc-in-south-windsor-ct-39000919

5.  This Court has personal jurisdiction over Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b), in that Defendant: (1) transacts business in the District of Columbia; (2) contracts to supply services in the District of Columbia; and (3) avails themselves of the privilege of conducting activities with the District of Columbia, and therefore invokes the benefits and protections of it laws.

6.  This Court also has personal jurisdiction over Defendant, and venue in this District is proper under 28 U.S.C. § 1400(a).

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

7.  In October 2009, Myeress created a high dynamic range photograph (HDR) depicting the American Airlines Arena in Miami, Florida entitled "aaa_nite" ("Copyrighted Photograph"). [EXHIBIT 1]. The Copyrighted Photograph combines three separate exposures (over exposure, under exposure, and normal exposure) and required approximately five hours to capture, process, and complete.

8.  Myeress is the sole copyright holder of the Copyrighted Photograph and has never entered into an agreement with an individual, business, or other entity to transfer or share copyright in the Copyrighted Photograph.

9.  On or about February 2, 2012, Myeress posted the Copyrighted Photograph to the following URL: www.newphotoeveryday.com/aaa-american-airlines-arena (Last visited September 5, 2017). [EXHIBIT 2].

10. Myeress attached the text, "Joe Myeress Photography," to the bottom right corner of the Copyrighted Photograph. [EXHIBIT 2 and 3].

11. Beginning on or about February 24, 2013, Defendant copied and uploaded the Copyrighted Photograph to Defendant's commercial website, which was posted to the following URL:

   • www.ticketsamericanairlinesarena.com ("Website") (Last visited September 5, 2017). [EXHIBIT 4].

12. At the time of this filing, despite numerous demands by Myeress to Defendant to remove the infringing post described above, Defendant has refused. [EXHIBIT 5].

13. On April 8, 2015, Myeress registered the Copyrighted Photograph with the United States Copyright Office and received the registration number VA 1-955-450. [EXHIBIT 6].

COUNT I: INFRINGEMENT OF COPYRIGHT PURSUANT TO 17 U.S.C. § 101 ET SEQ.

14. Myeress incorporates herein by this reference each and every allegation contained in each paragraph above.

15. Myeress is, and at all relevant times has been, the copyright owner or licensee of exclusive rights under United States copyright with respect to the Copyrighted Photograph, which is the subject of a valid and complete application before the United States Copyright Office for Certificate of Copyright Registration by the Register of Copyrights.

16. Among the exclusive rights granted to Myeress under the Copyright Act are the exclusive rights to reproduce the Copyrighted Photograph and to distribute the Copyrighted Photograph to the public.

17. Myeress is informed and believes that Defendant, without the permission or consent of Myeress, has copied and posted the Copyrighted Photograph to Defendant's Website. In doing so, Defendant violated Myeress's exclusive rights of reproduction and distribution.

Defendant's actions constitute infringement of Myeress's copyright and exclusive rights under copyright.

18. Myeress is informed and believes that the foregoing act of infringement was willful and intentional, in disregard of and with indifference to the rights of Myeress.

19. As a result of Defendant's infringement of Myeress's copyright and exclusive rights under copyright, Myeress is entitled to actual or statutory damages, pursuant to 17 U.S.C. § § 504(b) and (c) for Defendant's infringement of the Copyrighted Photograph.

## COUNT II: REMOVAL AND ALTERATION OF INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION PURSUANT TO 17 U.S.C. § 1202

20. Myeress incorporates herein by this reference each and every allegation contained in each paragraph above.

21. Myeress is informed and believes that Defendant, without the permission or consent of Myeress, knowingly and with the intent to conceal infringement, intentionally removed the copyright management information from Myeress's Copyrighted Photograph before displaying the Copyrighted Photograph on www.ticketsamericanairlinesarena.com. In doing so, Defendant violated 17 U.S.C. § 1202(a)(1) and (b)(1).

22. As a result of Defendant's actions, Myeress is entitled to statutory damages pursuant to 17 U.S.C. § 1203(c). Myeress is further entitled to his attorneys' fees and costs pursuant to 17 U.S.C. § 1203(b)(5).

<u>PRAYER FOR RELIEF</u>

WHEREFORE, Myeress prays for judgment against Defendant as follows:

A.  Declaring that Defendant's unauthorized conduct violates Myeress's rights under the Federal

Copyright Act;

B.  Immediately and permanently enjoining Defendant, their officers, directors, agents, servants,

employees, representatives, attorneys, related companies, successors, assigns, and all others

in active concert or participation with them from copying and republishing Myeress's

Copyrighted Photograph without consent or otherwise infringing Myeress's copyright or

other rights in any manner;

C.  Ordering Defendant to account to Myeress for all gains, profits, and advantages derived by

Defendant by their infringement of Myeress's copyright or such damages as are proper, and

since Defendant intentionally infringed Myeress's copyright, for the maximum allowable

statutory damages for each violation;

D.  Awarding Myeress actual and/or statutory damages for Defendant's copyright infringement

in an amount to be determined at trial;

E.  Awarding Myeress his costs, reasonable attorneys' fees, and disbursements in this action,

pursuant to 17 U.S.C. § 505, 17 U.S.C. § 1203(b)(3), and § 1203(b)(5); and

F.  Awarding Myeress such other and further relief as is just and proper.

JURY DEMAND

Myeress hereby demands a trial by jury on all claims for which there is a right to jury

trial.


Dated: September 6, 2017



___/s/____*David C. Deal*_____
David C. Deal (VA Bar No.: 86005)
The Law Office of David C. Deal, P.L.C.
P.O. Box 1042
Crozet, VA 22932
434-233-2727, Telephone
888-965-8083, Facsimile
*Attorney for Plaintiff*

EXHIBIT 1



EXHIBIT 2



EXHIBIT 3



EXHIBIT 4



EXHIBIT 5



<u>EXHIBIT 6</u>

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-955-450**

**Effective Date of Registration:**
April 08, 2015

### Title

| | |
|---|---|
| **Title of Work:** | Group Registration Photos, Joe Myeress 2009, Published approx. Jan. 03, 2009 to Nov. 07, 2009; 59 photos. |
| **Content Title:** | IMG_0997 (published January 03, 2009); IMG_1038b, IMG_1063, IMG_1002b, IMG_1011, IMG_1082b2, IMG_1036, IMG_1082b (published approx. January 03, 2009); IMG_0241_2_3, IMG_0384, IMG_0389, IMG_0390, IMG_0390b, IMG_0398, IMG_0405, IMG_0408, IMG_0413, IMG_0420, aaa_nite, IMG_3145, IMG_3138, blueprint, IMG_0219, IMG_0221_2_3, IMG_0221_2_3c, IMG_0240, IMG_3146 (published approx. March 01, 2009); IMG_3277_5_6b, IMG_3264 (published approx. March 21, 2009); IMG_0335b, IMG_0338 (published approx. April 01, 2009); IMG_3628 (published approx. May 16, 2009); IMG_0850, IMG_0822, IMG_0572, IMG_0850_1_2b, IMG_0834 (published approx. August 01, 2009); IMG_0959c, IMG_0991, IMG_0984b, IMG_0965, IMG_0959d_4x6 (published approx. September 01, 2009); IMG_1210b, IMG_1605b, IMG_1692, IMG_1698, IMG_1734, IMG_1800, IMG_1801, IMG_1801b, IMG_1825b, IMG_1870b, IMG_1876, IMG_1884, IMG_1916-2, IMG_1951b, IMG_1967 (published approx. October 15, 2009); IMG_2040, IMG_2117b (published approx. November 07, 2009). |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2009 |
| **Date of 1st Publication:** | January 03, 2009 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | Joe Myeress |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1963 |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Joe Myeress |
| | 21 St John Ct, Bogart, GA 30622, United States |

Page 1 of 2