UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE MYERESS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 17-1831 (ABJ) |
| | ) |
| TICKET SOFTWARE, LLC, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Plaintiff filed his complaint on September 7, 2017, and a summons issued on September 11, 2017. Plaintiff was required to serve a copy of the summons and complaint on defendant within ninety days. *See* Fed. R. Civ. P. 4. Upon review of the record, it appears that no proof of service has been filed with respect to defendant Ticket Software, LLC within the time required by Rule 4 of the Federal Rules of Civil Procedure. It is therefore

**ORDERED** that by January 9, 2018, plaintiff must either file proof of service or show cause why defendant Ticket Software, LLC should not be dismissed from this case for want of prosecution.

**SO ORDERED**.

AMY BERMAN JACKSON
United States District Judge

DATE: December 19, 2017